ZACHARY WADE SKINNER                              § UNITED STATES NORTHERN DIST.

    V.                                               § COURTS OF AMARILLO.

GRAY Co. SHERIFF'S DEPT.              §

ET AL                                                    §

DEC 27 2024 AM11:24
FILED - USDC - NDTX - AM

2:24-cv-266-Z

## 42 U.S.C. 1983

THIS IS A DEPRIVATION OF CIVIL RIGHTS CLAIM AGAINST GRAY Co. DEPUTIES IN THERE INDIVIDUAL AND OFFICIAL CAPACITIES. DEPUTY JIM SKINNER, DEPUTY BLAKE MANGUS, CHIEF DEPUTY JOEL "J.C." SKINNER (SUPERVISOR LIABILITY) AND SHERIFF MICHAEL "BIG MACK" RYAN (SUPERVISOR LIABILITY), AGAINST ANY CUSTOMS OR POLICIES OF THE GRAY COUNTY SHERIFF'S DEPARTMENT ALLOWING THE CONDUCT OF DEPUTIES IN THIS MANNER.

BACKGROUND: CIRCA AUGUST- SEPTEMBER OF 2022 DEPUTIES BLAKE MANGUS AND JIM SKINNER OF THE GRAY COUNTY SHERIFF'S DEPART- MENT, STOPPED (PULLED OVER) ME (ZACHARY SKINNER) AND AN AQUANTANCE ANTHONY PRICE OF PAMPA TEXAS. UNDER THE 'GUESE' OF A NUMBER OF "ANONYMOUS PHONE CALLS", DEPUTY SKINNER (JIM SKINNER/NO RELATION) STATED "HE'D HAS FIVE ANONYMOUS CALLS, THAT I'D BRANDISHED A FIREARM ON INDIVIDUALS" THEN W/OUT ANY 'PROBABLE CAUSE' PULLS ME, MR. PRICE, AND THE THIRD PASSENGER IN MR. PRICE'S VEHICLE MS. BRITTANY JACOBSON, OUT OF THE VEHICLE AND SEARCHES THE TRUCK FOR AN EXTENDED AMOUNT OF TIME. PAMPA POLICE OFFICERS

TO 'RE-SEARCH' THE VEHICLE. NOTHING ILLEGAL IS RECOVERED. NOT
● ON MY PERSON, NOR OUT OF THE VEHICLE. BRITTANY JACOBSON
IS DETAINED FOR A NUMBER OF 'ALLEGED' CAPIAS TICKETS OR WARRA—
NTS OUT OF RANDALL/POTTER COUNTY IN AMARILLO TEXAS. THE NEXT
DAY DEPUTY BLAKE MANGUS UNLAWFULLY DETAINS ME AND UNLAWFULLY
ARRESTS ME. I AM CHARGED W/ A LARGE AMOUNT OF 'ALLEGED'
CONTROLLED SUBSTANCE (METHAMPHETAMINE) RECOVERED INSIDE OF BRITTANY
JACOBSON, A NUMBER OF HOURS POST HER ARREST AND JACOBSON BEING
STRIP SEARCHED, 'HOUSED, (I.E. 'BOOKED') INTO THE JAIL- ETC. JACOBSON
WAS CHARGED W/ A SECOND DEGREE FELONY POSSESSION OF CONTROLLED ——
SUBSTANCE, WHILE I WAS CHARGED W/ A FIRST DEGREE FELONY MANUFA-
● TURE &/OR DELIVERY OF A CONTROLLED SUBSTANCE, POSSESSION OVER
FOUR GRAMS 4g > LESS THAN TWO HUNDRED 200g BOND SET AT ONE——
HUNDRED THOUSAND DOLLARS (100,000.⁰⁰ $), IT TOOK ME 6-7 WEEKS
TO POST BAIL-. CIRCA FEB. —MARCH OF 2023 THE CHARGES DROPPED.
NO INDICTMENT PRESENTED. MEANING DEPUTIES HAD NO 'PROBABLE CAUSE'
TO ARREST ME. BUT OF COURSE THESE DEPUTIES KNEW FULL WELL
THE ARREST WAS W/OUT MERRIT. AND THE SUPERVISORS ALLOWING
THIS TYPE OF MISCONDUCT ALSO GROSSLY FAILING TO INTERVENE.
● ALL DEPUTIES AS WELL AS THE SHERIFF PREVIOUSLY NAMED
ALL PART OF A PREVIOUS DISMISSED PRO SE 42 U.S.C. 1983
FILED IN THE UNITED STATES NORTHERN DISTRICT COURTS STEMM—

(Pg #3.)

INC. FROM AN EVENT IN 2019 IN AMARILLO TEXAS

★ MY CLAIMS: ALL UNDER 1ST 4TH & 14TH AMEND. OF THE U.S. CONST.

(1)- MALICIOUS PROSECUTION

(2)- UNLAWFUL ARREST

(3)- UNLAWFUL DETAINMENT

(4)- RETALIATION

(5)- ILLEGAL SEARCH AND SEIZURE

(6) MALICE INTENT

(7) DEPRIVATION OF LIBERTY W/ OUT PROBABLE CAUSE

(8) EXCESSIVE FORCE

(9) DEFAMATION

(10) LIBEL

I AM SEEKING DAMAGES FOR HARM TO MY PERSON, IN A REASONABLE AMOUNT NO LESS THAN 250,000.00 $





ZACHARY W. SKINNER #19908
AANSA C. JAIL
410 EAST 15TH ST.
POST, TX 79356



RECEIVED

DEC 2 7 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LUBBOCK TX 794

23 DEC 2024 PM 1 L

UNITED STATES NORTHERN DIST. COU
205 E. FIFTH ST. Room 133
AMARILLO, TX 79101-1559

# INMATE MAIL

79101-155999

LEGAL