IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ZACHARY WADE SKINNER,

  Plaintiff,

v.              2:24-CV-266-Z-BR

GRAY COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

  Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Findings, Conclusions and Recommendations ("FCR") of the United States Magistrate Judge to dismiss this case in part pursuant to 28 U.S.C. Section 1915(e)(2)(B). ECF No. 16. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct.

It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 16) is **ADOPTED** and the following claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. Section 1915: (1) all claims against Defendants Gray County Sheriff's Department, Joel Skinner and Michael Ryan; (2) claims against Jim Skinner and Blake Mangus in their official capacities and for compensatory damages; (3) claims against Jim Skinner and Blake Mangus for defamation, libel and excessive bail; and (4) the claim for excessive force against Jim Skinner. Remaining in the case are Plaintiff's claims against Jim Skinner and Blake Mangus for unlawful arrest, illegal search and seizure and malicious prosecution, as well as Plaintiff's claim against Mangus for excessive force.

The Clerk of Court is **DIRECTED** to conform the docket to reflect the sole remaining defendants as Blake Mangus and Jim Skinner.

**SO ORDERED.**

June 5, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2